NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, Plaintiff,

v.

A.A. ARMS INC., et al., Defendants.

National Association for the Advancement of Colored People, Plaintiff,

v.

Acusport Corp., et al., Defendants.

Nos. 99 CV 3999(JBW), 99 CV 7037(JBW).

United States District Court, E.D. New York.

March 12, 2003.

Elisa Barnes, New York City, for Plaintiff National Association for the Advancement of Colored People (NAACP).

Saiber Schlesinger Satz & Goldstein, LLC, Newark, NJ, By David R. Gross, Christopher M. Chiafullo, for Defendants AcuSport, Inc.; Alamo Leather Goods, Inc.; Bangers, LP; Bill Hick's & Co.; Brazas Sporting Arms, Inc.; Camfour, Inc.; Chattanooga Shooting Supplies, Inc.; Davidson's, Inc.; Dixie Shooters' Supply, Inc.; Ellett Brothers, Inc.; Euclid Avenue Sales Co.; Hicks, Inc.; Interstate Arms Corp.; Kiesler's Police Supply, Inc.; Lew Horton Distributing Company, Inc.; Lipsey's, Inc.; MKS Supply Co.; Ron Shirk's Shooters Supply; RSR Management Corp.; RSR Group, Inc.; RSR Wholesale, Inc.; Southern Ohio Gun, Inc.; Sports South, Inc.; Valor Corporation; Walter Craig, Inc.; Williams Shooters Supply, Inc.; Zanders Sporting Goods, Inc.

Budd, Larner, Gross, Rosenbaum, Greenberg & Sade, Atlanta, GA, By Timothy A. Bumann, for Defendants Amadeo Rossi SA; Braztech International L.C.; Forjas Taurus SA; Heritage Manufacturing, Inc.; Taurus International Manufacturing.

Renzulli, Pisciotti & Renzulli, LLP, New York City, By John F. Renzulli, Leonard S. Rosenbaum, for Defendants Arms Technology, Inc.; Beemiller, Inc. d/b/a Hi–Point Firearms; Bersa S.A.; Browning Arms Co.; Century International Arms, Inc.; Eagle Imports, Inc.; European American Armory Corp.; Glock G.m.b.H (Glock Ges.m.b.H.); Glock, Inc.; Haskell Co. (Haskell Manufacturing, Inc.); Import Sports, Inc.; Israel Military Industries (Israel Military Industries, Ltd.); K.B.I., Inc.; Kel–Tec CNC Industries, Inc.; Magnum Research, Inc.; Para–Ordnance, Inc.; Para–Ordnance Mfg. Inc.; SGS Imports Int'l Inc. (SGS Importers International, Inc.); Tanfoglio Fratelli S.r.L. (Fratelli Tanfoglio S.n.c.).

Morrison, Mahoney & Miller, LLP, New York City, By Brian Preston Heermance, Semmes, Bowen & Semmes, Baltimore, MD, By Lauren Lacey, Robert E. Scott, Jr., Bruinsma & Hewitt, Costa Mesa, CA, By Michael C. Hewitt, for Defendants B.L. Jennings, Inc.; Bryco Arms, Inc.

Leahey & Johnson, P.C., New York City, By James Tenney, Peter James Johnson, for Defendants Bonitz Bros., Inc.; Jerry's Sports, Inc., d/b/a/ Jerry's Sport Center, North East, s/h/a Jerry's Sports Center, North East, Inc.; Jerry's Sports, Inc., d/b/a/ Jerry's Sports Center, Inc.; Outdoor Sports Headquarters, Inc.; and Simmon's Gun Specialties, Inc.

Goldberg, Kohn, Bell, Black, Rosenbloom, Chicago, IL, By Terry Moritz, Roger A. Lewis, Balber, Pickard, Battistoni, Maldonado & Van Der Tuin, P.C., New York City, By Thomas P. Battistoni, for Defendant Carl Walther GmbH.

Pino & Associates, Westchester Financial Center, White Plains, NY, By Thomas Edward Healy, Lawrence G. Keane, for Defendants Ceska Zbrojovka, A.S.; CZ–USA, Inc.; Excel Industries a/k/a Accu–Tek.

Timothy G. Atwood, Shelton, CT, for Defendants Charco 2000, Inc.; International Armament Corp. d/b/a Interarms; L.W. Seecamp Company, Inc.; Uberti (U.S.A.), Inc.

Jones, Day, Reavis & Pogue, Dallas, TX, By Thomas E. Fennell, Michael L. Rice, Pino & Associates, Westchester Financial Center, White Plains, NY, By Thomas Edward Healy, Lawrence G. Keane, for Defendant Colt's Manufacturing Company, Inc.

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, New York City, By Robert L. Joyce, for Defendants Hammerli Ltd., a.k.a. Hammerli GmbH; Sigarms Inc.; SIG/Sauer.

Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, Baltimore, MD, By Lawrence S. Greenwald, Catherine A. Bledsoe, for Defendant Fabbrica d'Armi Pietro Beretta S.p.A.

Salviano & Tobias, P.C., New York City, By David G. Tobias, Wiedner & McAuliffe, Ltd., Chicago, IL, By Richard J. Leamy, Jr., for Defendants Faber Bros., Inc.; Riley's, Inc.

Post, Polak, Goodsell & McNeill, Roseland, NJ, By Frederick B. Polak, for Defendant Navy Arms Company, Inc.

Beckman and Associates, Philadelphia, PA, By Bradley T. Beckman, for Defendant North American Arms.

Tarics & Carrington, PC, Houston, TX, By Michael J. Zomcik, Michael Branisa, for Defendant Phoenix Arms, Inc.

Shook, Hardy & Bacon LLP, Kansas City, MO, By Gary R. Long, Jeffrey S. Nelson, Greenberg & Traurig, New York, By Alan Mansfield, Joel M. Cohen, for Defendant Smith & Wesson Corp.

Wildman, Harrold, Allen & Dixon, Chicago, IL, By James P. Dorr, for Defendant Sturm, Ruger & Co., Inc.

### ORDER

WEINSTEIN, Senior District Judge.

The National Association for the Advancement of Colored People ("NAACP") is suing on behalf of itself and its New York members, in effect as a quasi private Attorney General. The theory of the case—public nuisance—is similar to one that is pending in the New York state courts brought by the Attorney General of the State of New York. *People of the State of New York v. Sturm, Ruger & Co.,* Index No. 402586/00 (N.Y.Sup. Ct. Aug. 10, 2001) ("*Sturm, Ruger & Co.*").

The Bureau of Alcohol, Tobacco and Firearms has provided data to the parties not previously available in *Sturm, Ruger & Co.*, where defendants' motion to dismiss was granted before discovery commenced. *See NAACP v. Acusport*, 210 F.R.D. 268 (E.D.N.Y.2002). Extensive expert analyses have been conducted on the basis of this and other data. It is possible that these analyses as presented at trial will provide evidence of a causal link between the conduct of gun manufacturers and distributors and the harm alleged. *Compare* the data found lacking in *Sturm, Ruger & Co.* and in *Hamilton v. Beretta U.S.A. Corp.*, 96 N.Y.2d 222, 727 N.Y.S.2d 7, 750 N.E.2d 1055 (2001). *See Nat. Ass'n for the Advancement of Colored People v. Acusport Corp.*, 210 F.R.D. 446, 454–55 (E.D.N.Y.2002); *Nat. Ass'n for the Advancement of Colored People v. Acusport Corp.*, 2003 WL 1049011 (E.D.N.Y. Feb. 24, 2003).

The Attorney General of the State of New York may wish to be present at the trial of the instant case as observer or as a friend of the court. If so, application should be made promptly with notice to the parties. The case will be tried with the aid of an advisory jury, with jury selection set to begin on March 24 and opening statements to commence on March 31.

SO ORDERED.